AUSA Matthew A. Roth 313-226-9186
Special Agent Darryl M. Pugh, 313-226-0518

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America

v.

KANAL EL HELLANI

Case:2:13-mj-30629
Judge: Unassigned,
Filed: 10-04-2013 At 05:27 PM
RE: KANAL EL HELLANI (EOB)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___Feburary of 2001 through May of 2006___ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 18, United States Code, Section 2251 | Production of Child Pornography |
| Title 18, United States Code, Section 2423(a) | Transportation of a Minor with Intent to Engage in Criminal Sexual Activity |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Darryl M. Pugh, Special Agent DHS/HSI
_Printed name and title_

Sworn to before me and signed in my presence.

_Judge's signature_

Date: __October 4, 2013__

City and state:  __Detroit, Michigan__

Mark A. Randon, United States Magistrate Judge
_Printed name and title_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**STATE OF MICHIGAN**

Case No. _____

**COUNTY OF WAYNE**

## AFFIDAVIT IN SUPPORT OF
## AN ARREST WARRANT

I, Darryl M. Pugh, being duly sworn, hereby depose and state as follows:

1.      I am a Special Agent (SA) of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (hereinafter ICE), assigned to Homeland Security Investigations (hereinafter HSI). I have been so employed since January 2008. I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center. I have a combined total of approximately fifteen (15) years of experience as a law enforcement officer.

2.      As part of my daily duties as an HSI special agent, I investigate criminal violations under Title 18 United States Code (USC). This affidavit is made in support of a criminal complaint and a warrant for the arrest of Kanal EL HELLANI for violations of Title 18, United States Code, Section 2251(a), which makes it a crime for any person to knowingly produce child pornography, and Title 18, United States Code, Section 2423(a), which makes it a crime for a person to knowingly transports an individual who has not attained the age of 18

years in interstate or foreign commerce with the intent that the individual engage in any sexual activity for which any person can be charged with a criminal offense.

3.     I make this affidavit in support of a criminal complaint and arrest warrant; therefore, this affidavit does not contain every fact that I have learned during the course of the investigation.  I have set forth only those facts necessary to establish probable cause to believe that EL HELLANI has violated 18 U.S.C. § 2251(a) and 18 U.S.C. § 2423(a).

4.     This affidavit is, in part, based upon personal knowledge and/or information provided to me by other law enforcement officers, an HSI Forensic Interviewer, and information learned through reading reports, and case file(s).   Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.  Where statements of others are related herein, they are related in substance and/or part.  My familiarities with the facts of this investigation, my prior investigative experience, and the experience of other law enforcement agents and personnel who are participating in this investigation, and who have participated in other similar investigations, serve as the basis for the statements, opinions and conclusions set forth herein.

## PROBABLE CAUSE

5.      On or about October 22, 2010, SA Darryl Pugh, SA David Dominique, HSI Forensic Interview Specialist (FIS) Amy Allen, and Michigan State Police (MSP) Trooper Marc Moore met at the MSP Post located at 300 Jones Avenue, Monroe, Michigan. The aforementioned law enforcement officials met at the MSP Monroe Post in order to coordinate the interview of a victim who was a minor child at the time of the incidents. The child will be referred to hereafter as MINOR VICTIM 1 (MV1). FIS Allen was the lead interviewer of MV1. MV1 provided information that EL HELLANI raised her since she was approximately two (2) years of age. During the interview, MV1 provided detailed accounts of the sexual abuse she suffered at the hands of her step-father, Kanal EL HELLANI. The sexual abuse began when MV1 was approximately 14 years of age, and continued until she was approximately twenty (20) years of age. The details of the interview were audio and video recorded at the MSP Monroe Post. Moreover, on October 4, 2013, SA Lorin Allain, FIS Amy Allen, and MSP Detective Sergeant (D/Sgt) Robert Weimer conducted a follow-up interview with MV1 at her residence. MV1 provided clarification on reported inaudible sections from the prior taped interview in October 2010 and MV1 provided additional information as well. The following paragraphs provide summaries of the interviews:

3

THE INITIAL INCIDENTS OF SEXUAL ABUSE

6. The first time EL HELLANI sexually abused MV1 was when MV1 was either 14 or 15 years old. During the night, EL HELLANI came into MV1's room. He hugged her and climbed on top of her and touched her breasts and vaginal area. MV1 tried to get away but he kept pulling her back.

7. MV1 recounted a particular incident that occurred on May 29 (likely when she was 14 or 15 years old). She recalled this date in particular because it was her mother's birthday. On that date, EL HELLANI took her to his bedroom and told her to take her clothes off. MV1 stated that he had a camera and told her to pose with her bra and underwear on. MV1 stated that he would tell her to put her hand on her "private" and would take pictures. MV1 stated that EL HELLANI then had her take her bra and underwear off and pose for more pictures.

8. MV1 described numerous occasions between ages 15-18 where EL HELLANI told her to pose like a Victoria's Secret model. MV1 further stated that the photos were taken of her nude body and that they were taken of her standing, sitting, and laying down. After taking pictures of her, EL HELLANI would then climb on top of her and would put his mouth on her breasts and "privates" until "he released himself." The interviewers understood that to mean EL HELLANI ejaculated at that time.

9. MV1 also stated that EL HELLANI used to touch her "private area" with his tongue when the molestation started when she was 15. MV1 further stated that

EL HELLANI would have her use her mouth on his private area. These sexual assaults occurred on multiple occasions and began when MV1 was 15 years old and continued for years.

10. MV1 stated that on another occasion EL HELLANI was rubbing his body against hers, and that her mother walked into the room. MV1 stated that EL HELLANI immediately jumped off of her and that her mother took her downstairs. MV1 stated that she told her mother what was happening and that she wanted to leave. MV1 stated that her mother told her there was nothing she could do.

TRIP TO LEBANON

11. In 2001, MV1 stated that the family took a trip to Lebanon over summer vacation. She was 15 years old and still in high school. During the trip, EL HELLANI touched MV1's breast and EL HELLANI rubbed himself against MV1 until he ejaculated.

TRIP TO PARIS

12. MV1 stated that they took a family trip to Paris for Christmas when she was 16; MV1 stated that they stayed with EL HELLANI's brother while on the trip. MV1 stated that EL HELLANI "touched her breasts" with her clothes still on during the trip.

OTHER INCIDENTS OF ABUSE

13.    MV1 stated that EL HELLANI would have her shower with him, and have her wash his body and he would wash hers. MV1 stated that this happened 3 or 4 times. MV1 stated that she did not think that EL HELLANI took photos while they were in the shower together, but she did remember a couple of occasions where EL HELLANI took photos of himself shaving MV1's "privates". MV1 stated that after EL HELLANI shaved her he would then wash her body (her breasts and privates) using his hands. MV1 stated that he would use his hands and would also go between her legs. MV1 stated that she did not remember exact dates or how old she was but did remember that his occurred before she met her husband in 2005.

14.    MV1 also indicated that EL HELLANI sexually abused her at his office. EL HELLANI would take her to his office and sexually assault her while showing her pornography; those sexual assaults included penetration with his hands and office objects. EL HELLANI also made her perform oral sex on him at the office.

15.    MV1 stated that she recalled another instance where EL HELLANI tied her to the dining room table when she was in high school. MV1 stated that she remembered that she was a senior in high school, because she was enrolled in beauty school and that morning EL HELLANI pretended to drive her to the beauty school but brought her right back home where he then tied her to the table. MV1 stated that EL HELLANI made her take her clothes off and then

6

proceeded to touch her "private area". MV1 stated that EL HELLANI then told her that one day he was going to penetrate her vaginal area. MV1 further stated that EL HELLANI touched her vaginal area.

16. MVI stated that in one instance of molestation by EL HELLANI her mother had left on a trip to Coldwater, Michigan, for her aunt's wedding. MV1 stated that in this instance EL HELLANI took her to his room and that he had a video camera. She stated that EL HELLANI then took her clothes off, and touched her. She stated that he then smacked her in the face. MV1 further stated that EL HELLANI hit her on a lot of occasions. MV1 stated that in this instance EL HELLANI had a video camera that was on top of the dresser. MVI stated that the camera was a tiny grey camera, and that EL HELLANI told her that they were going to make a movie. MV1 stated that EL HELLANI was naked. MV1 stated that EL HELLANI touched her breasts and her "private area." MV1 stated that EL HELLANI used his hands, his mouth, and his "private area" to touch her. MV1 stated that EL HELLANI put his "private area" between her breasts, and inside her mouth. MV1 stated that she was still in high school when this occurred, but she could not remember her exact age.

OTHER INFORMATION

17. In sum, MV1 indicated that between the ages of 15-20 she was sexually assaulted by EL HELLANI consistently.

7

18. Additionally, MV1 said that thousands of pictures were taken of her and of the abuse. EL HELLANI threatened to upload those pictures to the internet if MV1 was "not good."

19. EL HELLANI showed MV1 pictures of the child pornography he produced of her, as well as other pornography. Sometimes, when EL HELLANI showed her this pornography, he would sexually assault her.

## CONCLUSION

20. There is probable cause to believe that EL HELLANI traveled in interstate commerce with the intent to engage in illicit sexual conduct, in violation of 18 U.S.C. § 2423(b), and did produce child pornography, in violation of 18 U.S.C. § 2251(a).

Respectfully submitted,

Darryl M. Pugh
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me
on October 4, 2013:

UNITED STATES MAGISTRATE JUDGE MARK A. RANDON
EASTERN DISTRICT OF MICHIGAN

8